# EXHIBIT E

# PRELIMINARY CLAIM CHART

## U.S. Patent No. 10,771,012

Crestone IP Management, LLC ("Crestone") provides notice of its allegations of HP's infringement of exemplary claim 19 of U.S. Patent No. 10,771,012 (hereinafter "the '012 patent") by HP's exemplary Omen 16 Gaming Laptop Computer utilizing an Intel Core Ultra5 processor 225H chip.  In support thereof, Crestone provides the following preliminary claim charts.

"Accused Products" as used herein is defined in Crestone's Complaint, and includes, but is not limited to, all versions of HP's computing devices comprising a hybrid RC oscillator circuit ("'012 Accused Products").  It is further understood, on information and belief, that HP is responsible, in material part, for the functionality and design of the '012 Accused Products and any other Accused Products that it provides.

These claim charts demonstrate HP's infringement, and provide notice of such infringement, by comparing each element of the asserted claims to corresponding components, aspects, and/or features of the Accused Products based on the information available to Crestone at the present time.  These claim charts are not intended to constitute an expert report on infringement.  These claim charts include information provided by way of example, and not by way of limitation.

The analysis set forth below is based only upon information from available resources regarding the Accused Products, as HP has provided no discovery in this case, which is expected to include design specifications for and physical copies of each variant or version of the Accused Products.  In addition, HP has yet to identify each version (including by SKU, UPC, or otherwise) what it considers to be different versions of the Accused Products.  An analysis of HP's (or other third parties') documentation may assist in fully identifying all infringing features and functionality.  Accordingly, Crestone reserves the right to supplement and/or amend this infringement analysis once such information is made available to Crestone.  Furthermore, Crestone reserves the right to revise this infringement analysis, as appropriate, upon issuance of a court order construing any terms recited in the asserted claims.  Crestone provides this evidence of infringement and related analysis without the benefit of fact discovery, claim construction, and expert reports or discovery.  Crestone reserves the right to supplement, amend or otherwise modify this analysis and/or evidence based on any such fact discovery, claim construction, or expert reports or discovery.

Unless otherwise noted, Crestone contends that HP directly infringes the '012 patent in violation of 35 U.S.C. § 271(a) by selling, offering to sell, using, within the United States and/or importing the Accused Products into the United States.  The following exemplary analysis demonstrates that infringement.  Unless otherwise noted, Crestone further contends that the evidence below supports a finding of indirect infringement under 35 U.S.C. §§ 271(b) and/or (c), in conjunction with other evidence of liability under one or more of those subsections.  HP makes, uses, sells, imports, or offers for sale in the United States, or has made, used, sold, imported, or offered for sale in the past, without authority, or induces others to make, use, sell, import, or offer for sale in the United States, or has induced others to make, use, sell, import, or offer for sale in the past, without authority products, equipment, or services that infringe claim 19 of the '012 patent, including without limitation, the Accused Products.

1

# PRELIMINARY CLAIM CHART

Unless otherwise noted, Crestone believes and contends that each element of each claim asserted herein is literally met through HP's provision of the Accused Products.  However, to the extent that HP attempts to allege that any asserted claim element for which literal infringement is alleged herein is not literally met, Crestone believes and contends that such elements are met under the doctrine of equivalents.  More specifically, in its investigation and analysis of the Accused Products, Crestone did not identify any substantial differences between the elements of the patent claims and any of the corresponding features of the Accused Products, as set forth herein.  In each instance, the identified feature of the Accused Products performs at least substantially the same function in substantially the same way to achieve substantially the same result as the corresponding claim element.

To the extent the chart of an asserted claim relies on evidence about certain specifically identified Accused Products, Crestone asserts that, on information and belief, any similarly functioning instrumentalities also infringes the charted claim.  Crestone reserves the right to amend this infringement analysis based on other products made, used, sold, imported, or offered for sale by HP.  Crestone also reserves the right to amend this infringement analysis by citing other claims of the '012 patent, not listed in the claim chart, that are infringed by the Accused Products.  Crestone further reserves the right to amend this infringement analysis by adding, subtracting, or otherwise modifying content in the "Accused Products" column of each chart.

## PRELIMINARY CLAIM CHART

| Claim 19 | Exemplary Accused Product (HP Omen 16 with Intel Core Ultra5 225H processor) |
|---|---|
| [19.pre] A system, comprising: | **Each Accused Product comprises a system, as shown below:**<br><br>In particular, the exemplary HP Omen 16 is a system:<br><br> |

3

# PRELIMINARY CLAIM CHART

| Claim 19 | Exemplary Accused Product (HP Omen 16 with Intel Core Ultra5 225H processor) |
|---|---|
| | |
| [19.a] a semiconductor device, comprising a first external pin and an internal oscillator; and; | As detailed below, the system of the HP Omen 16 includes a semiconductor device, comprising a first external pin and an internal oscillator.<br><br>The HP Omen 16 includes a semiconductor device (i.e., the Intel Core Ultra 5 processor 225H chip), as detailed below: |

4

# PRELIMINARY CLAIM CHART

| Claim 19 | Exemplary Accused Product (HP Omen 16 with Intel Core Ultra5 225H processor) |
|---|---|
| |  |

5

# PRELIMINARY CLAIM CHART

| Claim 19 | Exemplary Accused Product (HP Omen 16 with Intel Core Ultra5 225H processor) |
|---|---|
| |  |

# PRELIMINARY CLAIM CHART

| Claim 19 | Exemplary Accused Product (HP Omen 16 with Intel Core Ultra5 225H processor) |
|---|---|
| |  |

# PRELIMINARY CLAIM CHART

| Claim 19 | Exemplary Accused Product (HP Omen 16 with Intel Core Ultra5 225H processor) |
|---|---|
| | Specifically, the Intel Core Ultra 5 processor 225H comprises a first external pin ("XTAL_IN"), as shown below: |

| Signal Name | Type | SSC Capable | Description | Availability |
|---|---|---|---|---|
| GPP_D07/**IMGCLKOUT4**/ ISH_UART0_RTS#/ISH_SPI_MISO/ USB-C_GPP_D07 | | | | |
| GPP_C09/**SRCCLKREQ0#**/USB-C_GPP_C09 GPP_C10/**SRCCLKREQ1#**/USB-C_GPP_C10 GPP_C11/**SRCCLKREQ2#**/USB-C_GPP_C11 GPP_C12/**SRCCLKREQ3#**/USB-C_GPP_C12 GPP_C13/**SRCCLKREQ4#**/USB-C_GPP_C13 GPP_D21/RSVD/**SRCCLKREQ5#**/ USB-C_GPP_D21 | IOD | | **Clock Request**: Serial Reference Clock request signals for PCIe* 100  MHz differential clocks | U/H |
| GPP_D18/**SRCCLKREQ6#**/USB-C_GPP_D18 GPP_D19/**SRCCLKREQ7#**/USB-C_GPP_D19 GPP_D20/**SRCCLKREQ8#**/USB-C_GPP_D20 | | | | U/H |
| **XTAL_IN** | I | | **Crystal Input**: Input connection for 38.4 MHz crystal to Processor | U/H |
| **XTAL_OUT** | O | | **Crystal Output**: Output connection for 38.4 MHz crystal to Processor | U/H |

| | https://www.intel.com/content/www/us/en/content-details/648364/intel-600-series-chipset-family-platform-controller-hub-pch-datasheet-volume-1-of-2.html  (Last Accessed October 9, 2025)

The Intel Core Ultra 5 processor 225H comprises an internal oscillator, as shown below: |

8

## PRELIMINARY CLAIM CHART

| Claim 19 | Exemplary Accused Product (HP Omen 16 with Intel Core Ultra5 225H processor) |
|---|---|
| | **16.3.1    Integrated Reference Clock PLL**<br><br>The processor includes a phase lock loop (PLL) that generates the reference clock for the processor from a fixed crystal clock. The processor reference clock is also referred to as Base Clock or BCLK.<br><br>https://www.intel.com/content/www/us/en/content-details/648364/intel-600-series-chipset-family-platform-controller-hub-pch-datasheet-volume-1-of-2.html  (Last Accessed October 9, 2025) |
| **[19.b]** an external resonant element coupled to the semiconductor device at least through the first external pin; | As detailed below, the system of the HP Omen 16 includes an external resonant element coupled to the semiconductor device at least through the first external pin.<br><br>Specifically, the HP Omen 16 includes an external resonant element (i.e., the crystal oscillator), as shown below:<br><br>**16.1    Integrated Clock Controller (ICC)**<br><br>**Figure 16.    ICC Diagram**<br><br><br><br>https://www.intel.com/content/www/us/en/products/sku/241749/intel-core-ultra-5-processor-225h-18m-cache-up-to-4-90-ghz/ordering.html (last accessed Nov. 4, 2025). |

# PRELIMINARY CLAIM CHART

| Claim 19 | Exemplary Accused Product (HP Omen 16 with Intel Core Ultra5 225H processor) |
|---|---|
| |  |

# PRELIMINARY CLAIM CHART

| Claim 19 | Exemplary Accused Product (HP Omen 16 with Intel Core Ultra5 225H processor) |
|---|---|
| | The crystal oscillator is coupled to the Intel Core Ultra 5 processor 225H (i.e., the semiconductor device) at least through the first external pin (i.e., XTAL_IN), as shown below:<br><br>**16.1    Integrated Clock Controller (ICC)**<br><br>**Figure 16.    ICC Diagram**<br><br><br><br>https://www.intel.com/content/www/us/en/products/sku/241749/intel-core-ultra-5-processor-225h-18m-cache-up-to-4-90-ghz/ordering.html (last accessed Nov. 4, 2025). |
| **[19.c]** wherein the internal oscillator comprises: a tunable oscillator communicatively coupled with the first pin and configured to provide an oscillation signal to a | In the Intel Core Ultra 5 processor 225H, the internal oscillator comprises a tunable oscillator communicatively coupled with the first pin and configured to provide an oscillation signal to a portion of the semiconductor device, as detailed below.<br><br>Specifically, the tunable oscillator is communicatively coupled with the first pin (XTAL_IN), as shown in the pink path below: |

## PRELIMINARY CLAIM CHART

| Claim 19 | Exemplary Accused Product (HP Omen 16 with Intel Core Ultra5 225H processor) |
|---|---|
| portion of the semiconductor device; |  |

## PRELIMINARY CLAIM CHART

| Claim 19 | Exemplary Accused Product (HP Omen 16 with Intel Core Ultra5 225H processor) |
| --- | --- |
|  | In addition, the tunable oscillator is configured to provide an oscillation signal to a portion of the Intel Core Ultra 5 processor 225H, as shown in the green path below: |

# PRELIMINARY CLAIM CHART

| Claim 19 | Exemplary Accused Product (HP Omen 16 with Intel Core Ultra5 225H processor) |
|---|---|
| |  |

**PRELIMINARY CLAIM CHART**

| Claim 19 | Exemplary Accused Product (HP Omen 16 with Intel Core Ultra5 225H processor) |
|---|---|
| **[19.d]** [wherein the internal oscillator comprises] a phase detector circuit communicatively coupled with an output of the tunable oscillator and an input to the internal oscillator; and | In the Intel Core Ultra 5 processor 225H, the internal oscillator comprises a phase detector circuit communicatively coupled with an output of the tunable oscillator and an input to the internal oscillator, as detailed below.<br><br>Specifically, the internal oscillator (the PLL), which comprises a phase detector, as shown below in the box labeled "Phase Frequency Detector (PFD)", which is communicatively coupled to an output of the VCO (the tunable oscillator), shown in the green path, and an input to the internal oscillator (shown by the pink path). |

# PRELIMINARY CLAIM CHART

| Claim 19 | Exemplary Accused Product (HP Omen 16 with Intel Core Ultra5 225H processor) |
|---|---|
| |  |

**PRELIMINARY CLAIM CHART**

| Claim 19 | Exemplary Accused Product (HP Omen 16 with Intel Core Ultra5 225H processor) |
|---|---|
| **[19.e.i]** [wherein the internal oscillator comprises] an oscillator controller circuit configured to adjust frequency of the tunable oscillator based upon phase detection between output of the tunable oscillator and output of the external resonant element received at the input to the internal oscillator, | In the Intel Core Ultra 5 processor 225H, the internal oscillator comprises an oscillator controller circuit configured to adjust frequency of the tunable oscillator based upon phase detection between output of the tunable oscillator and output of the external resonant element received at the input to the internal oscillator, as detailed below.<br><br>Specifically, the combination of the Charge Pump and Loop Filter (with VCO), encompassed by the red box, constitutes an oscillator controller circuit.  As shown below, it is configured to adjust the frequency of the tunable oscillator based on a phase detection between the output of the tunable oscillator (green path) and the output of the external crystal oscillator received at the input to the external oscillator (pink path) |

17

**PRELIMINARY CLAIM CHART**

| **Claim 19** | **Exemplary Accused Product (HP Omen 16 with Intel Core Ultra5 225H processor)** |
|---|---|
| |  |

# PRELIMINARY CLAIM CHART

| Claim 19 | Exemplary Accused Product (HP Omen 16 with Intel Core Ultra5 225H processor) |
|---|---|
| |  |

**PRELIMINARY CLAIM CHART**

| Claim 19 | Exemplary Accused Product (HP Omen 16 with Intel Core Ultra5 225H processor) |
|---|---|
| **[19.e.ii]** wherein the oscillator controller circuit is configured to use the output of the external resonant element to adjust frequency of the tunable oscillator during the entire operation of the tunable oscillator. | In the Intel Core Ultra 5 processor 225H, the oscillator controller circuit is configured to use the output of the external resonant element to adjust frequency of the tunable oscillator during the entire operation of the tunable oscillator, as detailed below.<br><br>Because the only external input to the PLL is the output from the crystal oscillator (i.e., the output of the external resonant element), the oscillator controller circuit must use that input whenever it is in operation.  Without that input being used at all times, the oscillator controller circuit would not be able to adjust the frequency of the tunable oscillator in the necessary and expected manner. |

**Caveat**: The notes and/or cited excerpts utilized herein are set forth for illustrative purposes only and are not meant to be limiting in any manner.  For example, the notes and/or cited excerpts, may or may not be supplemented or substituted with different excerpt(s) of the relevant reference(s), as appropriate. Further, to the extent any error(s) and/or omission(s) exist herein, all rights are reserved to correct the same.