# EXHIBIT F

## PRELIMINARY CLAIM CHART

### U.S. Patent No. 8,261,072

Crestone IP Management, LLC ("Crestone") provides notice of its allegations of HP's infringement of exemplary claims 26–28 of U.S. Patent No. 8,261,072 (hereinafter "the '072 patent") by HP's exemplary EliteBook UltraG1i with a TPM 2.0 embedded security chip running Windows 11.  In support thereof, Crestone provides the following preliminary claim charts.

"Accused Products" as used herein is defined in Crestone's Complaint, and includes, but is not limited to, all versions of HP's laptop computers comprising a trusted platform module such as a TPM 2.0 security device ("'072 Accused Products").  It is further understood, on information and belief, that HP is responsible, in material part, for the functionality and design of the '072 Accused Products and any other Accused Products that it provides.

These claim charts demonstrate HP's infringement, and provide notice of such infringement, by comparing each element of the asserted claims to corresponding components, aspects, and/or features of the Accused Products based on the information available to Crestone at the present time.  These claim charts are not intended to constitute an expert report on infringement.  These claim charts include information provided by way of example, and not by way of limitation.

The analysis set forth below is based only upon information from available resources regarding the Accused Products, as HP has provided no discovery in this case, which is expected to include design specifications for and physical copies of each variant or version of the Accused Products.  In addition, HP has yet to identify each version (including by SKU, UPC, or otherwise) what it considers to be different versions of the Accused Products.  An analysis of HP's (or other third parties') documentation may assist in fully identifying all infringing features and functionality.  Accordingly, Crestone reserves the right to supplement and/or amend this infringement analysis once such information is made available to Crestone.  Furthermore, Crestone reserves the right to revise this infringement analysis, as appropriate, upon issuance of a court order construing any terms recited in the asserted claims.  Crestone provides this evidence of infringement and related analysis without the benefit of fact discovery, claim construction, and expert reports or discovery.  Crestone reserves the right to supplement, amend or otherwise modify this analysis and/or evidence based on any such fact discovery, claim construction, or expert reports or discovery.

Unless otherwise noted, Crestone contends that HP directly infringes the '072 patent in violation of 35 U.S.C. § 271(a) by selling, offering to sell, using, within the United States and/or importing the Accused Products into the United States.  The following exemplary analysis demonstrates that infringement.  Unless otherwise noted, Crestone further contends that the evidence below supports a finding of indirect infringement under 35 U.S.C. §§ 271(b) and/or (c), in conjunction with other evidence of liability under one or more of those subsections.  HP makes, uses, sells, imports, or offers for sale in the United States, or has made, used, sold, imported, or offered for sale in the past, without authority, or induces others to make, use, sell, import, or offer for sale in the United States, or has induced others to make, use, sell, import, or offer for sale in the past, without authority products, equipment, or services that infringe at least claims 26–28 of the '072 patent, including without limitation, the Accused Products.

1

# PRELIMINARY CLAIM CHART

Unless otherwise noted, Crestone believes and contends that each element of each claim asserted herein is literally met through HP's provision of the Accused Products.  However, to the extent that HP attempts to allege that any asserted claim element for which literal infringement is alleged herein is not literally met, Crestone believes and contends that such elements are met under the doctrine of equivalents.  More specifically, in its investigation and analysis of the Accused Products, Crestone did not identify any substantial differences between the elements of the patent claims and any of the corresponding features of the Accused Products, as set forth herein.  In each instance, the identified feature of the Accused Products performs at least substantially the same function in substantially the same way to achieve substantially the same result as the corresponding claim element.

To the extent the chart of an asserted claim relies on evidence about certain specifically identified Accused Products, Crestone asserts that, on information and belief, any similarly functioning instrumentalities also infringes the charted claim.  Crestone reserves the right to amend this infringement analysis based on other products made, used, sold, imported, or offered for sale by HP.  Crestone also reserves the right to amend this infringement analysis by citing other claims of the '072 patent, not listed in the claim chart, that are infringed by the Accused Products.  Crestone further reserves the right to amend this infringement analysis by adding, subtracting, or otherwise modifying content in the "Accused Products" column of each chart.

## PRELIMINARY CLAIM CHART

| Claim 26 | Exemplary Accused Product (HP EliteBook Ultra with TPM 2.0 Chip) |
|---|---|
| [26.pre] A non-transitory computer readable storage medium containing program instructions executed upon access by a trusted platform module to cause the trusted platform module to perform operations comprising: | **Each Accused Product comprises a non-transitory computer readable storage medium containing program instructions executed upon access by a trusted platform module to cause the trusted platform module to perform operations, as shown below:**<br><br>The exemplary HP EliteBook Ultra G1i comprises numerous non-transitory computer readable storage media, such as ROM and hard drives.<br><br><br><br>Source: Last accessed January 23, 2026: https://www.hp.com/us-en/shop/pdp/hp-elitebook-ultra-g1i-14-inch-notebook-next-gen-ai-pc-wolf-pro-security-edition-p-b69z1ua-aba-1<br><br>The EliteBook Ultra G1i includes Windows 11 Pro: |

3

## PRELIMINARY CLAIM CHART

| Claim 26 | Exemplary Accused Product (HP EliteBook Ultra with TPM 2.0 Chip) |
|---|---|
|  | • Windows 11 Pro<br>• Intel® Core™ Ultra 7 268V (up to 5.0 GHz Max Turbo frequency, 12 MB L3 cache, 8 cores, 8 threads)<br>• 32 GB memory; 512 GB SSD storage<br>• 14" diagonal 2.8K touch display<br>• Intel® Arc™ Graphics   **See all Specs**<br><br>And Windows 11 requires a Trusted Platform Module (TPM) version 2.0:<br><br><br><br>The EliteBook Ultra G1i includes a TPM 2.0 embedded security chip as necessary to run Windows 11: |

4

## PRELIMINARY CLAIM CHART

| Claim 26 | Exemplary Accused Product (HP EliteBook Ultra with TPM 2.0 Chip) |
|---|---|
| | **Security management** HP Sure Admin[23] · HP Sure Click[24] · HP Sure Recover[25] · HP Sure Run[26] · HP Sure Sense[27] · HP Sure Start[28] · HP Tamper Lock[29] · Absolute Persistence Module[30] · HP BIOS Recovery · Secured-core PC capable · TPM 2.0 embedded security chip · Common Criteria EAL4+ and FIPS 140-2 Level 2 Certified) · Security lock slot · HP Secure Erase[38] · BIOS Update via Network · HP DriveLock and Automatic DriveLock · HP Wake on WLAN - - - - - - - <br><br>Source: Last accessed January 23, 2026: https://www.hp.com/us-en/shop/pdp/hp-elitebook-ultra-g1i-14-inch-notebook-next-gen-ai-pc-wolf-pro-security-edition-p-b69z1ua-aba-1 <br><br>Windows 11 requires the TPM 2.0 hardware module to operate, and the Windows 11 operating system comprises program instructions installed on non-transitory computer readable storage medium on the EliteBook G1i. In addition, the TPM 2.0 hardware module performs certain operations upon accessing certain instructions in the Windows 11 operating system installed on the EliteBook G1i. |
| **[26.a]** receiving a secure access code from a remote device outside of the trusted platform module; | The Accused Products receive a secure access code from a remote device outside of the trusted platform module, as detailed below: <br><br>For example, The TPM 2.0 module receives a secure access code (an HMAC in the message with the sensor's authenticating of the fingerprint for the user in the session) from a remote device (e.g., a fingerprint sensor) which is outside of the TPM chip. |

## PRELIMINARY CLAIM CHART

| Claim 26 | Exemplary Accused Product (HP EliteBook Ultra with TPM 2.0 Chip) |
|---|---|
| |  Laptop Fingerprint Sensor<br><br>**Finger print reader**          Fingerprint sensor<br><br>Source: Last accessed January 23, 2026: https://www.hp.com/us-en/shop/pdp/hp-elitebook-ultra-g1i-14-inch-notebook-next-gen-ai-pc-wolf-pro-security-edition-p-b69z1ua-aba-1 |

## PRELIMINARY CLAIM CHART

| Claim 26 | Exemplary Accused Product (HP EliteBook Ultra with TPM 2.0 Chip) |
|---|---|
| | To perform an authentication, the Windows Biometric Framework opens a session with the TPM and obtains a nonce. The nonce is passed into the secure sensor as part of a secure match operation. The sensor performs the match in the trusted execution environment, and if it is successful, calculates an HMAC over that nonce and the identity of the user who was identified.<br><br>This HMAC can be used by the Windows Biometric Framework to perform cryptographic operations in the TPM for the user who was identified.<br><br>Source: Last accessed May 27, 2026: https://learn.microsoft.com/en-us/windows/win32/secbiomet/sensor-requirements-for-secure-biometrics |
| **[26.b]** receiving usage authorization information generated by a secure generator, the usage authorization information being attached to the secure access code; | The Accused Products receive usage authorization information generated by a secure generator, the usage authorization information being attached to the secure access code, as detailed below:<br><br>In particular, the Windows Biometric Framework constitutes the recited secure generator, which generates a nonce (the usage authorization information) which is attached to the secure access code (the HMAC calculated over the nonce): |

## PRELIMINARY CLAIM CHART

| Claim 26 | Exemplary Accused Product (HP EliteBook Ultra with TPM 2.0 Chip) |
|---|---|
| | **Sensor requirements for secure biometrics**<br><br>Microsoft leverages Trusted Platform Module (TPM) 2.0 to ensure that on appropriate hardware, software (up to and including kernel-level malware) cannot produce a valid biometric authentication if the user's biometric was not provided at the time of authentication.<br><br>To do this, we use TPM 2.0 session-based authorizations and the sensor performing feature extraction and matching in a trusted execution environment. The first time the Windows Biometric Framework sees a secure sensor (as reported by the secure sensor capability), it provisions a secret that is shared between the secure biometric sensor and the TPM. That secret is never again exposed to the OS, and it is unique to each sensor. |

8

**PRELIMINARY CLAIM CHART**

**Sensor requirements for secure biometrics**

...

To perform an authentication, the Windows Biometric Framework opens a session with the TPM and obtains a nonce

[NOTE: *This is done with a TPM2_StartAuthSession() using HMAC, the TPM provides a nonceTPM in response to an initial nonceCaller from the Windows Bio Framework].*

The nonce is passed into the secure sensor as part of a secure match operation.

[NOTE: *Messaging will continue using HMAC to secure the message. As the expected Message to the TPM will be TPM2_SignSequenceStart() using HMAC, the Windows Bio Framework to Sensor message will need to carry on the ratcheting of the initial TPM2_StartAuthSession() HMAC session. Thus, Windows will add another nonceCaller to the call to the secure sensor.]*

The sensor performs the match in the trusted execution environment, and if it is successful, calculates an HMAC over that nonce and the identity of the user who was identified

[NOTE: *The sensor will respond with an HMAC calculated over the Session handle, to identify the user, the second nonceCaller sent by Windows, and the shared secret set up by Windows Bio Framework on initial sensor and TPM setup. The sensor sends that HMAC to the TPM via the Windows messaging channel.]*

This HMAC can be used by the Windows Biometric Framework to perform cryptographic operations in the TPM for the user who was identified.

[NOTE: *The TPM will respond to the TPM2_SignSequenceStart() authenticating the HMAC. This is recognizing the secure access code,]*

Source: Last accessed May 27, 2026: https://learn.microsoft.com/en-us/windows/win32/secbiomet/sensor-requirements-for-secure-biometrics

## PRELIMINARY CLAIM CHART

| Claim 26 | Exemplary Accused Product (HP EliteBook Ultra with TPM 2.0 Chip) |
|---|---|
| [26.c] recognizing the secure access code; | The TPM 2.0 embedded security chip recognizes the secure access code (the HMAC), as detailed below.<br><br>**17.6.3  Session Nonces**<br>**17.6.3.1  Overview**<br><br>...<br><br>Each time the session is used for authorization, the caller performs an HMAC using, along with other parameters, the last *nonceTPM* for the session and a new *nonceCaller* for the session. The TPM then uses the received *nonceCaller* and the saved *nonceTPM* to validate the HMAC. For a response, the TPM uses the last *nonceCaller* and a newly generated *nonceTPM* in the HMAC. The caller then uses the received *nonceTPM* and the saved *nonceCaller* to validate the HMAC in the response.<br><br>Source: Last accessed December 4, 2025: https://trustedcomputinggroup.org/wp-content/uploads/Trusted-Platform-Module-2.0-Library-Part-1-Version-185_pub.pdf, Page 116<br><br>In particular, the TPM's validation of the HMAC requires recognizing it. |
| [26.d] using the secure access code as a parameter for various trusted platform module commands. | The TPM 2.0 embedded security chip uses the secure access code as a parameter for various trusted platform module commands, as detailed below.<br><br>Specifically, the HMAC is used as a parameter for TPM commands including SignSequenceStart and SignSequenceComplete: |

## PRELIMINARY CLAIM CHART

| Claim 26 | Exemplary Accused Product (HP EliteBook Ultra with TPM 2.0 Chip) |
| --- | --- |
| | **17.5 TPM2_SignSequenceStart**<br><br>**17.5.1 General Description**<br><br>This command creates a sequence that can be completed using TPM2_SignSequenceComplete() in order to sign a message.<br><br>The scheme of *keyHandle* can be any signing scheme, whether it signs a digest (e.g., TPM_ALG_ECDSA) or a message (e.g., TPM_ALG_HMAC). The TPM will hash the message as required by the key's scheme in order to sign it.<br><br>Source: Last accessed May27, 2026: https://trustedcomputinggroup.org/wp-content/uploads/Trusted-Platform-Module-2.0-Library-Part-3-Version-185_pub.pdf, Page 185<br><br>**20.6 TPM2_SignSequenceComplete**<br><br>**20.6.1 General Description**<br><br>This command uses a loaded key to sign a message that has been incorporated into a signature signing sequence started with TPM2_SignSequenceStart() (Clause 17.5) using zero or more calls to TPM2_SequenceUpdate() The data in *buffer* is appended to the sequence prior to the creation of the signature.<br><br>*Note:*<br>This means that a message that fits into a single TPM2B_MAX_BUFFER can be signed with TPM2_SignSequenceComplete() without calling TPM2_SequenceUpdate().<br><br>Source: Last accessed May27, 2026: https://trustedcomputinggroup.org/wp-content/uploads/Trusted-Platform-Module-2.0-Library-Part-3-Version-185_pub.pdf, Page 185<br><br>Both of these messages travel to the TPM in a single session for an authentication and use the same HMAC to be accepted and responded to by the TPM. |

# PRELIMINARY CLAIM CHART

| Claim 26 | Exemplary Accused Product (HP EliteBook Ultra with TPM 2.0 Chip) |
|---|---|
| | **HMAC Authorization Lifecycle** <br><br> The steps for creating and authorizing actions on HMAC authorized entities are the following: <br> 1. Create the entity that will use an authorization value, or change the authorization value for an existing entity. This step is typically performed once per entity. <br> 2. Create an HMAC session. <br> 3. Use the HMAC session to perform operations on the entity. This operation can occur any time after steps 1 and 2 and can occur multiple times. A single HMAC session can be used to authorize multiple actions. <br><br> Source: "A Practical Guide to TPM2.0" page 190 |

| Claim 27 | Exemplary Accused Product (HP EliteBook Ultra with TPM 2.0 Chip) |
|---|---|
| **[27.pre]** The computer readable storage medium of claim 26, | **See Claim 26, above.** |
| **[27.a]** wherein the secure access code is not known by a user. | The secure access code used by the TPM 2.0 embedded security chip is not known by a user, as detailed below. |

12

**PRELIMINARY CLAIM CHART**

| Claim 26 | Exemplary Accused Product (HP EliteBook Ultra with TPM 2.0 Chip) |
|---|---|
| | ## Sensor requirements for secure biometrics<br><br>...<br><br>To do this, we use TPM 2.0 session-based authorizations and the sensor performing feature extraction and matching in a trusted execution environment. The first time the Windows Biometric Framework sees a secure sensor (as reported by the secure sensor capability), it provisions a secret that is shared between the secure biometric sensor and the TPM. That secret is never again exposed to the OS, and it is unique to each sensor.<br><br>To perform an authentication, the Windows Biometric Framework opens a session with the TPM and obtains a nonce. The nonce is passed into the secure sensor as part of a secure match operation. The sensor performs the match in the trusted execution environment, and if it is successful, calculates an HMAC over that nonce and the identity of the user who was identified.<br><br>This HMAC can be used by the Windows Biometric Framework to perform cryptographic operations in the TPM for the user who was identified. The HMAC is short-lived, and expires after a few seconds.<br><br>https://learn.microsoft.com/en-us/windows/win32/secbiomet/sensor-requirements-for-secure-biometric (last accessed Jan. 16, 2026)<br><br>Specifically, the HMAC is not exposed to or known by the user while unlocking the laptop. |

13

## PRELIMINARY CLAIM CHART

| Claim 28 | Exemplary Accused Product (HP EliteBook Ultra with TPM 2.0 Chip) |
|---|---|
| **[28.pre]** The computer readable storage medium of claim 26, | **See Claim 26, above.** |
| **[28.a]** wherein the secure access code is a high entropy password, keycode, random number, or alphanumeric complex. | The secure access code used by the TPM 2.0 embedded security chip is a high entropy password, keycode, random number, or alphanumeric complex, as detailed below. <br><br> **8.4.11.1 Source of Randomness** <br><br> The RNG is the source of randomness in the TPM. The TPM uses random values for nonces, in key generation, and for randomness in signatures. <br><br> https://trustedcomputinggroup.org/wp-content/uploads/Trusted-Platform-Module-2.0-Library-Part-1-Version-185_pub.pdf, at 55 (last accessed Dec. 4, 2025). <br><br> In particular, the random value for a nonce constitutes a random number for the secure access code. |

**Caveat**: The notes and/or cited excerpts utilized herein are set forth for illustrative purposes only and are not meant to be limiting in any manner.  For example, the notes and/or cited excerpts, may or may not be supplemented or substituted with different excerpt(s) of the relevant reference(s), as appropriate. Further, to the extent any error(s) and/or omission(s) exist herein, all rights are reserved to correct the same.