# EXHIBIT H

# PRELIMINARY CLAIM CHART

### U.S. Patent No. 7,599,231

Crestone IP Management, LLC ("Crestone") provides notice of its allegations of HP's infringement of exemplary claims 12 and 16–17 of U.S. Patent No. 7,599,231 (hereinafter "the '231 patent") by HP's exemplary HP Omen 16 Gaming Laptop utilizing exemplary Micron TLC 3D NAND Flash memory.  In support thereof, Crestone provides the following preliminary claim charts.

"Accused Products" as used herein is defined in Crestone's Complaint, and includes, but is not limited to, all versions of HP's computing products containing TLC 3D NAND Flash memory ("'231 Accused Products").  It is further understood, on information and belief, that HP is responsible, in material part, for the functionality and design of the '231 Accused Products and any other Accused Products that it provides.

These claim charts demonstrate HP's infringement, and provide notice of such infringement, by comparing each element of the asserted claims to corresponding components, aspects, and/or features of the Accused Products based on the information available to Crestone at the present time.  These claim charts are not intended to constitute an expert report on infringement.  These claim charts include information provided by way of example, and not by way of limitation.

The analysis set forth below is based only upon information from available resources regarding the Accused Products, as HP has provided no discovery in this case, which is expected to include design specifications for and physical copies of each variant or version of the Accused Products.  In addition, HP has yet to identify each version (including by SKU, UPC, or otherwise) what it considers to be different versions of the accused HP computer products.  An analysis of HP's (or other third parties') documentation may assist in fully identifying all infringing features and functionality.  Accordingly, Crestone reserves the right to supplement and/or amend this infringement analysis once such information is made available to Crestone.  Furthermore, Crestone reserves the right to revise this infringement analysis, as appropriate, upon issuance of a court order construing any terms recited in the asserted claims.  Crestone provides this evidence of infringement and related analysis without the benefit of fact discovery, claim construction, and expert reports or discovery.  Crestone reserves the right to supplement, amend or otherwise modify this analysis and/or evidence based on any such fact discovery, claim construction, or expert reports or discovery.

Unless otherwise noted, Crestone contends that HP directly infringes the '231 patent in violation of 35 U.S.C. § 271(a) by selling, offering to sell, using, within the United States and/or importing the Accused Products into the United States.  The following exemplary analysis demonstrates that infringement.  Unless otherwise noted, Crestone further contends that the evidence below supports a finding of indirect infringement under 35 U.S.C. §§ 271(b) and/or (c), in conjunction with other evidence of liability under one or more of those subsections.  HP makes, uses, sells, imports, or offers for sale in the United States, or has made, used, sold, imported, or offered for sale in the past, without authority, or induces others to make, use, sell, import, or offer for sale in the United States, or has induced others to make, use, sell, import, or offer for sale in the past, without authority products, equipment, or services that infringe claims 12 and 16–17 of the '231 patent, including without limitation, the Accused Products.

1

## PRELIMINARY CLAIM CHART

Unless otherwise noted, Crestone believes and contends that each element of each claim asserted herein is literally met through HP's provision of the Accused Products.  However, to the extent that HP attempts to allege that any asserted claim element for which literal infringement is alleged herein is not literally met, Crestone believes and contends that such elements are met under the doctrine of equivalents.  More specifically, in its investigation and analysis of the Accused Products, Crestone did not identify any substantial differences between the elements of the patent claims and any of the corresponding features of the Accused Products, as set forth herein.  In each instance, the identified feature of the Accused Products performs at least substantially the same function in substantially the same way to achieve substantially the same result as the corresponding claim element.

To the extent the chart of an asserted claim relies on evidence about certain specifically identified Accused Products, Crestone asserts that, on information and belief, any similarly functioning instrumentalities also infringes the charted claim.  Crestone reserves the right to amend this infringement analysis based on other products made, used, sold, imported, or offered for sale by HP.  Crestone also reserves the right to amend this infringement analysis by citing other claims of the '231 patent, not listed in the claim chart, that are infringed by the Accused Products.  Crestone further reserves the right to amend this infringement analysis by adding, subtracting, or otherwise modifying content in the "Accused Products" column of each chart.

# PRELIMINARY CLAIM CHART

| Claim 12 | Exemplary HP Computer (HP Omen 16 with Micron TLC 3D NAND Flash memory) |
|---|---|
| **[12.pre]** An apparatus comprising: | **Each Accused Product contains an apparatus, as shown below:**<br><br>In particular, the exemplary HP Omen 16 contains a Micron TLC 3D NAND Flash memory array (i.e., the recited apparatus), as shown below:<br><br> |

## PRELIMINARY CLAIM CHART

| Claim 12 | Exemplary HP Computer (HP Omen 16 with Micron TLC 3D NAND Flash memory) |
|---|---|
|  |  |

HP OMEN 16

4

## PRELIMINARY CLAIM CHART

| Claim 12 | Exemplary HP Computer (HP Omen 16 with Micron TLC 3D NAND Flash memory) |
|---|---|
| |  |

## PRELIMINARY CLAIM CHART

| Claim 12 | Exemplary HP Computer (HP Omen 16 with Micron TLC 3D NAND Flash memory) |
|---|---|
| **[12.a]** a read node to receive a first voltage; | As detailed below, the apparatus includes a read node that receives a first voltage:<br><br>The Micron TLC 3D NAND array includes a read node (i.e., the bit line), which receives a first voltage (i.e., the voltage at the bit line when the bit line is not selected).<br><br><br><br>Figure 4 from Micron paper showing read operation of 3D NAND. One cell per bit line is selected by selecting one SGD and one WL<br><br>Last accessed 5/1/26: https://www.mdpi.com/ 2079-9292/10/24/3156 |

## PRELIMINARY CLAIM CHART

| Claim 12 | Exemplary HP Computer (HP Omen 16 with Micron TLC 3D NAND Flash memory) |
|---|---|
| [12.b] a modify node; | As detailed below, the apparatus includes a modify node:<br><br>The Micron TLC 3D NAND array includes a modify node (i.e., the word line). |
| [12.c] a switching stage coupled between the read node and the modify node, the switching stage including a first node; and | As detailed below, the apparatus includes a switching stage coupled between the read node and the modify node, the switching stage including a first node:<br><br>Specifically, the Micron TLC 3D NAND array includes a switching stage (i.e., comprising a chain of transistors) coupled between the read node (i.e., the bit line) and the modify node (i.e., the word line).<br><br>In addition, the Micron TLC 3D NAND array's switching stage (i.e., the chain of transistors) includes a first node (i.e., a node between the two transistors closest to the word line). |
| [12.d] an adaptive voltage generator configured to apply a second voltage having a first value corresponding to a value of the first voltage to the modify node before the switching stage couples the first node to the modify node. | As detailed below, the apparatus comprises an adaptive voltage generator configured to apply a second voltage having a first value corresponding to a value of the first voltage to the modify node before the switching stage couples the first node to the modify node:<br><br>The Micron TLC 3D NAND array includes an adaptive voltage generator.<br><br>The Micron TLC 3D NAND array's adaptive voltage generator is configured to apply a second voltage (i.e., the output voltage of the adaptive voltage generator) to the modify node (i.e., to the word line). Specifically, the output voltage is traceable to the modify node.<br><br>The second voltage (i.e., the output voltage of the adaptive voltage generator) is applied to the modify node (i.e., the word line) before a program operation.  At that time, the modify node (i.e., the word line) and the first node (the node between the two transistors within the switching stage closest to the word line) are not electrically coupled together by the switching stage.<br><br>Specifically, the word line receives the output of the adaptive voltage generator ($\approx 2V$), which is not a high enough voltage to turn on the transistor chain, thereby leaving the word line (i.e., the modify node) and the node between the two transistors closest to the word line within the switching stage chain (i.e., the first node) uncoupled at the time the second voltage is applied. |

## PRELIMINARY CLAIM CHART

| Claim 12 | Exemplary HP Computer (HP Omen 16 with Micron TLC 3D NAND Flash memory) |
|---|---|
| | The second voltage (i.e., the output voltage of the adaptive voltage generator) applied to the modify node (i.e., the word line) corresponds to a value of the first voltage (i.e., it is substantially equal to the voltage applied to the bit line when the bit line is not selected).<br><br>**Micron TLC 3D NAND's second voltage is approximately 2 volts.** **First Voltage**<br><br>Program<br>Bit line: 0V (selected) / ~2V (inhibited) — Bit l<br>SGD: ON, OFF, OFF, OFF — ON~3V / OFF~0V<br>Vinh (~10V)<br>Vpgm (~20V)<br>Pgm selected cell — Vinh (~10V)<br>SGS: OFF<br>Source: ~2V — Sol<br>(a)<br><br>Conversely, during a program operation, the word line (i.e., the modify node) and the first node within the switching stage are coupled by the switching stage.  Specifically, the word line receives the Program voltage, which *is* a high enough voltage to turn on the transistors in the transistor chain that comprise the switching stage, thereby coupling the word line and the first node *after* the second voltage is applied. |

8

# PRELIMINARY CLAIM CHART

| Claim 16 | Exemplary HP Computer (HP Omen 16 with Micron TLC 3D NAND Flash memory) |
|---|---|
| **[16.pre]** The apparatus of claim 12 further comprising: | **See Claim 12, above.** |
| **[16.a]** at least one memory element coupled to at least one of the read node, the first node, and the modify node. | As shown below, the apparatus of Claim 12 further comprises at least one memory element coupled to at least one of the read node, the first node, and the modify node.<br><br>Specifically, based on available technical information (a TechInsights product teardown), the Micron TLC 3D NAND array further comprises a memory element (i.e., a memory-cell transistor) coupled to the modify node. |

| Claim 17 | Exemplary HP Computer (HP Omen 16 with Micron TLC 3D NAND Flash memory) |
|---|---|
| **[17.pre]** The apparatus of claim 12, wherein, | **See Claim 12, above.** |
| **[17.a]** the switching stage includes a first switch coupled between the read node and the first node, | The switching stage includes a first switch coupled between the read node and the first node, as detailed below:<br><br>Based on available technical information (a TechInsights product teardown), the Micron TLC 3D NAND array's switching stage includes a first switch (i.e., a transistor) coupled between the read node and the first node. |
| **[17.b]** and [the switching stage includes] a second switch coupled between the first node and the modify node. | The switching stage further includes a second switch coupled between the first node and the modify node, as detailed below:<br><br>Based on technical information (a TechInsights product teardown), the Micron TLC 3D NAND array's switching stage includes a second switch (i.e., a memory-cell transistor) coupled between the first node and the modify node. |

9

**PRELIMINARY CLAIM CHART**

**Caveat**: The notes and/or cited excerpts utilized herein are set forth for illustrative purposes only and are not meant to be limiting in any manner.  For example, the notes and/or cited excerpts, may or may not be supplemented or substituted with different excerpt(s) of the relevant reference(s), as appropriate. Further, to the extent any error(s) and/or omission(s) exist herein, all rights are reserved to correct the same.

10